# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-10603
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

December 26, 2025

Lyle W. Cayce
Clerk

Kevin James Manning,

*Plaintiff—Appellant*,

*versus*

FNU Church; City of Kaufman Police Department;
Joseph Russell; Kaufman County Sheriff's Department;
Kaufman County Courthouse; Lancaster Police
Department,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-1209

---

Before Jones, Richman, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Kevin James Manning appeals from the district court's dismissal of his 42 U.S.C. § 1983 complaint as frivolous. He moves for leave to proceed in forma pauperis on appeal as a strike-barred litigant, for "leave of court to

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

file [an] action," and for an investigation of judges, police officers, and his businesses.

We must examine the basis of our jurisdiction, sua sponte, if necessary. *See Perez v. Stephens*, 784 F.3d 276, 280 (5th Cir. 2015). Because Manning's notice of appeal is untimely, we lack jurisdiction. *See* FED. R. APP. P. 4(a)(1)(A); *see also Hamer v. Neighborhood Hous. Servs. of Chicago*, 583 U.S. 17, 20 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The appeal is DISMISSED for lack of jurisdiction, and Manning's motions are DENIED as moot.